UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORDSTROM, INC.,

            Plaintiff,

   v.

XL INSURANCE AMERICA, INC., et al.,

            Defendants.

C21-1435 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiff's Motion to Stay, docket no. 39, is GRANTED. The Court hereby STAYS all proceedings in this action pending the Washington Supreme Court's decision in *Hill and Stout PLLC v. Mutual of Enumclaw Insurance Company*, No. 100211-4 (Wash.), or until further order of this Court.

(2)    The parties are DIRECTED to file a joint status report within fourteen (14) days after the Washington Supreme Court issues its decision.

(3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of February, 2022.

            Ravi Subramanian
            Clerk

            s/Gail Glass
            Deputy Clerk

MINUTE ORDER - 1