UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORDSTROM, INC.,

        Plaintiff,

  v.

XL INSURANCE AMERICA, INC. et al.,

        Defendant.

C21-1435 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The Court having stayed, *see* docket no. 47, all proceedings in this action pending the Washington Supreme Court's decision in *Hill and Stout PLLC v. Mutual of Enumclaw Insurance Company*, No. 100211-4 (Wash.), or until further order of this Court, Defendants' motion to dismiss, docket no. 28, is STRICKEN without prejudice to refiling if appropriate after the stay is lifted.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of March, 2022.

                                    Ravi Subramanian
                                    Clerk

                                    s/Gail Glass
                                    Deputy Clerk

MINUTE ORDER - 1