THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORDSTROM, INC., a Washington corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>XL INSURANCE AMERICA, INC.; ACE AMERICAN INSURANCE COMPANY; AIG SPECIALTY INSURANCE COMPANY; CONTINENTAL CASUALTY COMPANY; IRONSHORE SPECIALTY INSURANCE COMPANY; and FACTORY MUTUAL INSURANCE COMPANY,<br><br>　　　　　Defendants. | No.: C21-1435TSZ<br><br>STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE<br><br>**NOTE ON MOTION CALENDAR:**<br><br>September 6, 2022 |

## **STIPULATION**

Plaintiff Nordstrom, Inc., and Defendants XL Insurance America, Inc., ACE American Insurance Company, AIG Specialty Insurance Company, Continental Casualty Company, Ironshore Specialty Insurance Company, and Factory Mutual Insurance Company, by and through their respective counsel, stipulate that the claims asserted by Plaintiff against Defendants, including all contractual and extra-contractual claims, should be dismissed with prejudice and without an award of costs or fees to any of the Parties.

STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE　　PAGE 1
NO.: C21-1435TSZ

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

DATED: September 6, 2022

| | |
|---|---|
| GORDON TILDEN THOMAS & CORDELL LLP<br><br>By: s/ Kasey D. Huebner<br>Michael Rosenberger, WSBA #17730<br>Kasey D. Huebner, WSBA #32890<br>Guinevere Becker Bogusz, WSBA #52937<br>mrosenberger@gordontilden.com<br>khuebner@gordontilden.com<br>gbogusz@gordontilden.com<br><br>Attorneys for Plaintiff | BULLIVANT HOUSER BAILEY PC<br><br>By: s/ Daniel R. Bentson<br>Daniel R. Bentson, WSBA #36825<br>Westin McLean, WSBA #46462<br>dan.bentson@bullivant.com<br>westin.mclean@bullivant.com<br><br>Attorneys for Defendant Factory Mutual Insurance Company |
| FORSBERG & UMLAUF, P.S.<br><br>By: s/ Carl E. Forsberg<br>Carl E. Forsberg, WSBA #17025<br>cforsberg@foum.law<br><br>Attorneys for Defendant XL Insurance America, Inc. | ZELLE LLP<br><br>By: s/Matthew L. Gonzalez<br>Matthew L. Gonzalez, *pro hac vice*<br>Gabrielle Siskind, *pro hac vice*<br>mgonzalez@zelle.com<br>gsiskind@zelle.com<br><br>Attorneys for Defendant XL Insurance America, Inc. |
| JENSEN MORSE BAKER PLLC<br><br>By: s/ Gabriel Baker<br>Gabriel Baker, WSBA #28473<br>Benjamin Roesch, WSBA #39960<br>gabe.baker@jmblawyers.com<br>benjamin.roesch@jmblawyers.com<br><br>Attorneys for AIG Specialty Insurance Company | CLYDE & CO US LLP<br><br>By: s/ Susan Koehler Sullivan<br>Susan Koehler Sullivan WSBA #21725<br>Robert A. ("Bob") Meyers, WSBA #24846<br>susan.sullivan@clydeco.us<br>bob.meyers@clydeco.us<br><br>Attorneys for ACE American Insurance Company |

STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE   PAGE 2
NO.: C21-1435TSZ

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

| | |
|---|---|
| GORDON THOMAS HONEYWELL LLP<br><br>By: s/ Michael E. Ricketts<br>Michael E. Ricketts, WSBA #09387<br>mricketts@gth-law.com<br><br>Attorneys for Continental Casualty Company | BAKER & HOSTETLER LLP<br><br>By: s/ James R. Morrison<br>James R. Morrison, WSBA #43043<br>jmorrison@bakerlaw.com<br><br>Attorneys for Ironshore Specialty Insurance Company |
| MOUND COTTON WOLLAN & GREENGRASS LLP<br><br>By: s/ Costantino P. Suriano<br>Costantino P. Suriano, *pro hac vice*<br>Robert S. Goodman, *pro hac vice*<br>csuriano@moundcotton.com<br>RGoodman@moundcotton.com<br><br>Attorneys for Continental Casualty Company | ROBINS KAPLAN LLP<br><br>By: s/ James A. Kitces<br>James A. Kitces, *pro hac vice*<br>JKitces@RobinsKaplan.com<br><br>Attorneys for Ironshore Specialty Insurance Company |
| DENTONS US LLP<br><br>By: s/ Erin E. Bradham<br>Erin E. Bradham, pro hac vice<br>erin.bradham@dentons.com<br><br>Attorneys for AIG Specialty Insurance Company | |

IT IS SO ORDERED this _____, day of September 2022.

_____
THE HONORABLE THOMAS S. ZILLY

4859-3019-1409.1

STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE  PAGE 3
NO.: C21-1435TSZ

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930